MAYER BROWN LLP
ELSPETH V. HANSEN (SBN 292193)
Two Palo Alto Square #300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2043
Facsimile: (650) 331-2060
*ehansen@mayerbrown.com*

MAYER BROWN LLP
HANS J. GERMANN (Pro Hac Vice)
71 S Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8792
Facsimile: (312) 706-8169
*hgermann@mayerbrown.com*

RAYMOND P. BOLAÑOS (SBN 142069)
AT&T Services, Inc. Legal Dept.
430 Bush Street, 6th Floor
San Francisco, CA 94108
Phone: (415) 268-9491
Fax: (415) 543-0418
*rb2659@att.com*

Attorneys for Plaintiff
New Cingular Wireless PCS, LLC d/b/a AT&T Mobility

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, a California municipal corporation,<br><br>Defendant. | Case No. 20-cv-2382-JCS<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff New Cingular Wireless PCS, LLC (d/b/a AT&T Mobility) ("AT&T") and Defendant City of Oakland (the "City") stipulate the above-captioned matter shall be dismissed with prejudice.

Dated:  February 4, 2021                    MAYER BROWN LLP

                                        By:     /s/  Elspeth V. Hansen
                                                Elspeth V. Hansen
                                                Attorneys for Plaintiff
                                                Two Palo Alto Square #300
                                                3000 El Camino Real
                                                Palo Alto, CA 94306

Dated:  February 4, 2021                    OAKLAND CITY ATTORNEY

                                        By:     /s/  Cynthia Stein
                                                Cynthia Stein, Deputy City Attorney
                                                Attorneys for Defendant
                                                One Frank H. Ogawa Plaza, 6th Floor
                                                Oakland, CA  94612

Pursuant to Civil Local Rule 5-1(i)(3), I, Elspeth V. Hansen, attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

                                      By:    /s/  Elspeth V. Hansen
                                                Elspeth V. Hansen

Dated: February 5, 2021

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation Of Dismissal Pursuant to Federal Rule
of Civil Procedure 41(a)(1)(A)(ii)
Case No. 20-cv-2382-JCS                    -2-